# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00497-CV

**Karen E. Landa, Appellant**

**v.**

**Charles L. Farris, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-14-004669, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal, explaining they have settled the underlying dispute and requesting that we order the parties to bear their own costs on appeal. We grant the motion, dismiss the appeal, and assess all costs against the party incurring them.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Puryear and Pemberton

Dismissed on Agreed Motion

Filed: April 13, 2016

_____

[1] *See* Tex. R. App. P. 42.1(a)(2)(A).